Rev. 5/2024 Prisoner Complaint

**FILED**

**United States District Court**
Eastern District of North Carolina
Western Division

FEB 27 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. 5:25-CT-3048-D

(To be filled out by Clerk's Office only)

Charles A Walker Jr

Inmate Number 34454-057

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

F.C.I
MC Dowell Warden G. Queen
Lt Stark, (female S.I.S)
Case Manager Ms Mullins
R&D Supervisor officer Mc Callum

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Rev. 5/2024 Prisoner Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☑ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Name: Mr Charles A Walker Jr

Prisoner ID #: 34654-057

Place of Detention: F.C.I Mc Dowell

Institutional Address: P.O Box 1009

City: Welch    State: West Va    Zip Code: 24801

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee   ☐ State   ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☑ Convicted and sentenced federal prisoner

Rev. 5/2024 Prisoner Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: G. Queen
Name

Warden of F.C.I McDowell
Current Job Title

P.O Box 1009
Current Work Address

Welch          West Va          24801
City            State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Mr McCollum
Name

R&D Supervisor F.C.I McDowell
Current Job Title

P.O Box 1009
Current Work Address

Welch          W. Va          24801
City            State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Rev. 5/2024 Prisoner Complaint

## Defendant(s) Continued

Defendant 3: Ms Stark
Name

S.I.S lieutenant F.C.I Mc. Dowell
Current Job Title

P.O Box 1009
Current Work Address

Welch          W Va          24801
City           State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: Ms Mullins
Name

B-1 Case Manager F.C.I Mc Dowell
Current Job Title

P.O Box 1009
Current Work Address

Welch          W Va          24801
City           State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Rev. 5/2024 Prisoner Complaint

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: F.C.I Mc Dowell

Date(s) of occurrence: November 6, 2024 til Feb 21, 2025

State which of your federal constitutional or federal statutory rights have been violated:

Due process, 1st 6th 8th 14th Amendments U.S.C 242

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

November 6, 2024 I arrived at F.C.I Mc Dowell from F.C.I RayBrook. During which time, I had a Habeas Corpus 2255 Appeal pending in the Eastern District of North-Carolina federal court case no# 2:23-CV-64-FI Due to wrongful conviction on case no# 2:18-CR-37-FI-1. F.C.I RayBrook R&D Supervisor Ms Willet sent all my belongings off to F.C.I Mc Dowell early November and it arrived at F.C.I Mc Dowell November 12, 2024 by UPS and was signed for by officer McNeely (UPS data confirmed this) 1. I talked to Mr Mc collum and told him the importance of my appeal and plus showed him Judge Flanagan order giving Me 12-30-2024 Dead-line

**What happened to you?**

This officer deliberately lied to me and said verbally and on cop-out (Inmate Request form) that my property was NOT here and lied said "F.C.I Raybrook" never sent it. This was said and written Nov 18 and 21, 2024. I had my love one Ms Demetrius Smith contact F.C.I Raybrook R&D supervisor Ms A. Willet who told Ms Smith, "Tell Mr Walker have his counselor or case manager contact me so I can give the proof that his property is there, it's been there". I then told Ms Mullins and Counselor Mr Ewing who contacted Ms Willet and tracked the UPS tracking no# discovering McCollum lied to me. My property been at this prison since November 12, 2024

**When did it happen to you?**

I reported this to Warden G. Queen, he told me report it to Ms Rife, I did this and showed them Judge Flanagan order. They said I'd have my property before Dec 30, 2024. I was never given my belongings, despite my repeated pleas. On Jan 23, 2025 I exercised my right

**Where did it happen to you?**

I showed my Case Manager Ms Mullins E-Mails I sent Assoc Warden, McCollum, also the Warden. I showed her all the court orders, Eastern District, Middle District also Fourth Circuit Court of Appeal and requested her find out why am I being denied my belongings. Why is staff

**What was your injury?**

here violating my rights and disregarding court orders. Ms Mullins then had S.I.S Lt Stark place me In S.H.U wrongfully, unlawfully. I violated no rules, I disrespected no staff, I didn't request Protective Custody.

furthermore on Feb 3, 2025 (I almost died could've died.) I had a minor heart attack here because I was placed in here by Lt Stark wrongfully without my Blood pressure medication for 13 days I hadn't had my medicine. and feb 3, 2025 at 2 or 3 AM I had numb left side and sharp heart pains it took guards a hour and 30 minutes to come check on me after I hit the emergency button in this cell. Then no medical staff saw me til next day.

It should be noted to this court, If I am Killed by staff here at F.C.I Mc Dowell and or murdered. It should be noted I did NOT commit suicide. I did not assault no staff. These are usual lies they'll use to cover-up when there's a inmate death resulting by guards. I have had no problem in no other prison and I get here and I'm refused my belongings and wrongly placed in S.H.U and I violated no rules. It appears they are obstructing my appeal 2255 and or plotting to set me up to be murdered or try depress me out to commit suicide. In which I will NOT do.

Rev. 5/2024 Prisoner Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No

If no, explain why not:

I have filed grievance and written 7 notes to Ms Mullins, Mr Ewing, Warden Queen, and Lt Stark. These people have not replied and they have not come to see me. Video Surveillance can confirm this.

Is the grievance process completed?   ☑ Yes   ☑ No

If no, explain why not:

Due to staff of this prison violating rules of law U.S.C 242 and policy they are doing as they please here, even to the point of having inmates assault other inmates for using drugs.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I'm requesting this court give a Injunction order for this prison to immediately release me outta S.H.U and for me to be given my property so I may effectively reply to my 2255 and prove my innocence. Also for this court to order this prison disclose who told them to refuse giving me my property.

Legal Note on Back

Page 8 of 10

This court should also know:

When prisoners are moved to another prison, it never takes months for that prisoner to be given their belongings.

I was at F.C.I Williamsburg and RayBrook it never took longer than 2 weeks.

Now all of sudden after I inform this court for extention, Mysteriously these people refuse to give me my belongings. As if some one (possibly U.S Attorney's office in n.c) told them do this to prevent me exposing the deliberate wrongful conviction done to me.

Rev. 5/2024 Prisoner Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?    ☐ Yes   ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

I have not filed 1983 civil suits and this petitioner request that this official complaint be not held against petitioner's 2255 proceeding. petitioner is also aware that this court can address this matter even though this prison is NOT in this court jurisdiction, please see U.S.C 2106, were this court can take action. This complaint also is evidence that petitioner is being prevented from Replying to his 2255, due to a Entity that's under the U.S Justice Dept/U.S Attorney office Petitioner is now without a Ink pen. This lady Lt stark has petitioner in S.H.U for No Valid reason, Petitioner don't even have soap, toothpaste, nothing of his property

(Turn page)

Petitioner has shown this court substantial proof of his efforts be given his property.

petitioner can submit to polygraph on all presented to this court.

Legal Note:

By policy petitioner is actually suppose to be at F.C.I Butner n.c

A. feb 26, 2021 Judge flanagan requested it. (please see Judgment sheet)

B. I have had NO infractions, and completed all programs and teached the seeking strength P.T.S.d and drug abuse class at F.C.I RayBrook (Ms Rockhill can confirm) also completed suicide watch training (psychologist whitehead can confirm)

C. petitioners point level requires me to be at F.C.I Butner n.c

staff at this prison is violating rules of law and B.O.P policies.

Rev. 5/2024 Prisoner Complaint

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Feb 22, 2025
Dated

Charles A Walker (signature)
Plaintiff's Signature

Charles A Walker
Printed Name

34654-057
Prison Identification #

FCI Mc Dowell
P.O Box 1009
Prison Address

Welch
City

WVa
State

24801
Zip Code

Page 10 of 10